AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARCELIN LIBERAL, individually, and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> HEALTHCARE REVENUE RECOVERY GROUP, LLC and MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC. <br><br> *Defendant(s)* | Civil Action No. 0:22-cv-60450-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HEALTHCARE REVENUE RECOVERY GROUP, LLC
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexander J. Taylor
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Mar 1, 2022

**SUMMONS**

s/ M. Brown
Deputy Clerk
U.S. District Courts

**SERVED**

# VERIFIED RETURN OF SERVICE

Job # T221740

**Client Info:**

Paul Pankiewicz - R.O.S. Consulting, Inc
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL  60585

**Case Info:**

**PLAINTIFF:**
MARCELIN LIBERAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
-versus-
**DEFENDANT:**
HEALTHCARE REVENUE RECORVERY GROUP, LLC AND MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.

U.S.D.C. FOR THE SOUTHERN DISTRICT OF FLORIDA

Court Case # **0:22-cv-60450-RS**

**Service Info:**

Received by Benjamin Young: on March, 8th 2022 at **10:51 AM**
Service: I Served **HEALTHCARE REVENUE RECORVERY GROUP, LLC c/o CORPORATION SERVICE COMPANY**
With: **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT**
by leaving with **Sheena Black, AGENT FOR SERVICE OF PROCESS**

At Business **1201 HAYS STREET TALLAHASSEE, FL 32301**
On **3/9/2022** at **11:55 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Benjamin Young** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Benjamin Young**
Lic # **-274-**

**ACCURATE SERVE OF PLANTATION**
151 N NOB HILL ROAD, SUITE #254
Plantation, FL 33324

Client # MIA1106
Job # T221740

