AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

~~SERVED~~

| | |
|---|---|
| MARCELIN LIBERAL, individually, and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC and MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.<br><br>*Defendant(s)* | Civil Action No. 0:22-cv-60450-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.
c/o REGISTERED AGENT
ANN MULCAHEY
3600 WASHINGTON STREET
HOLLYWOOD, FL 33021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Mar 10, 2022

Angela E. Noble
Clerk of Court

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Florida

### PROOF OF SERVICE

Serve To: **MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.**
c/o Registered Agent, Ann Mulcahey

Priority: **Routine**
Case Info:
Court: U.S.D.C. FOR THE SOUTHERN DISTRICT OF FLORIDA
Court Case # **0:22-cv-60450-RS**
Documents: SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT

Re: PLAINTIFF
MARCELIN LIBERAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
-Versus-
Re: DEFENDANT
HEALTHCARE REVENUE RECOVERY GROUP, LLC AND MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.

Service Info:
Recipient was SERVED on 4/1/2022 at 10:44 AM
Server Name: KELLY HODGES License # DL -775100
Type of Service: SUBSTITUTE SERVICE:
Name of Served: Natalia F

Description: Gender: Female , Approximate Weight: 180 , Approximate Age: 45 , Race: White-Caucasian , Hair: Brown , Height: 5'8"

Service Address: 3600 Washington Street Hollywood, FL 33021
Notes: sub serve HR

_[signature] 775100_

151 N. Nob Hill Rd #254
Plantation, FL 33324

Date:  4/01/2022