UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-60450-RS

MARCELIN LIBERAL, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC and MEMORIAL
REGIONAL HOSPITAL SOUTH
AUXILIARY, INC.,

    Defendants.
_____/

## TRIAL WITNESS LIST
## OF DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP, LLC

COMES NOW Defendant Healthcare Revenue Recovery Group, LLC ("HRRG") in compliance with the Court's Order Setting Civil Trial Date, Pretrial Deadlines and Referral to Majistrate [*sic*] Judge **[DE 19]**, and files its Trial Witness List as follows:

1) Marcelin Liberal
   c/o Alexander J. Taylor, Esquire
   and Mohammed O. Badwan, Esquire
   Sulaiman Law Group, LTD
   2500 South Highland Avenue, Suite 200
   Lombard, IL 60148

2) Representative of Healthcare Revenue Recovery Group, LLC
   c/o Ernest H. Kohlmyer, III, Esquire
   Shepard, Smith, Kohlmyer & Hand, P.A.
   2300 Maitland Center Parkway, Suite 100
   Maitland, FL 32751

3) Representative of Defendant Memorial Regional Hospital South Auxiliary, Inc., to be called if necessary.

4) Representative of Inphynet South Broward. LLC, to be called if necessary.

5) Any witnesses identified or called by Plaintiff.

6) Any witnesses identified or called by Co-Defendant, Memorial Regional Hospital South Auxiliary, Inc.

7) Any impeachment or rebuttal witnesses, to be called if necessary.

Dated this 18th day of November 2022.

Respectfully submitted,

/s/ *Mary Grace Dyleski*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Mary Grace Dyleski
Florida Bar No.: 0143383
mdyleski@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Tel: 407-622-1772
Fax: 407-622-1884
*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY that a copy of the foregoing has been electronically filed on **November 18, 2022** via the Court's CMECF E-filing Portal and that a copy was furnished by electronic transmission to:

Alexander J. Taylor, Esquire
Mohammed O. Badwan, Esquire
Sulaiman Law Group, LTD
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
ataylor@sulaimanlaw.com
mbadwan@sulaimanlaw.com
*Attorneys for Plaintiff*

                                                */s/ Mary Grace Dyleski*
Ernest H. Kohlmyer, III
Florida Bar No.: 0110108
skohlmyer@shepardfirm.com
Mary Grace Dyleski
Florida Bar No.: 0143383
mdyleski@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Tel: (407) 622-1772
*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC*