UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| MARCELIN LIBERAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC and MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.,<br><br> Defendants. | Case No. 0:22-cv-60450-RS |

**PLAINTIFF'S TRIAL WITNESS LIST**

Plaintiff, MARCELIN LIBERAL ("Plaintiff"), hereby submits Plaintiff's Trial Witness List as follows:

1. Plaintiff will provide testimony as to the facts that give rise to his claims and his damages.

    Contact Information:

    Plaintiff may be contacted through his undersigned counsel.

2. Corporate Representative for Healthcare Revenue Recovery Group, LLC ("HRRG") is expected to provide testimony on (1) communications between HRRG and Plaintiff; (2) communications between HRRG and Memorial Regional Hospital South Auxiliary, Inc. ("MRSH") regarding the alleged debt(s) owed by Plaintiff; (3) the collection calls placed by HRRG to Plaintiff's cellular phone; (4) the technology HRRG employed to place the collection calls; (5) the identities of any third parties that may have placed calls on behalf of HRRG to Plaintiff's cellular phone; (6) the collection calls placed to the putative class members; and (7) the identities of the putative class members.

    Contact Information:

    HRRG may be contacted through its counsel of record.

3. Corporate Representative for Memorial Regional Hospital South Auxiliary, Inc. ("MRH") is expected to provide testimony on (1) the medical services it allegedly provided Plaintiff that gave rise to the debt(s) allegedly owed by Plaintiff; (2) the placement of the alleged debt(s) with HRRG for collection; and (3) communications between MRH and HRRG.

   <u>Contact Information:</u>

   3600 Washington St.
   Hollywood, Fla 33021
   (954) 966-4500

4. Corporate Representative for T-Mobile US, Inc. ("T-Mobile") is expected to provide testimony on its business records for Claimant's phone number, including HRRG's phone calls to Plaintiff.

   <u>Contact Information:</u>

   3625 132nd Ave. SE
   Bellevue, WA 98006
   (877) 413-5903

Dated: November 18, 2022                         Respectfully Submitted,

   <u>*/s/ Alexander J. Taylor*</u>
   Alexander J. Taylor
   SULAIMAN LAW GROUP, LTD.
   2500 South Highland Avenue
   Suite 200
   Lombard, Illinois 60148
   (630) 575-8180
   ataylor@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, Alexander J. Taylor, certify that on November 18, 2022, I caused the foregoing **Plaintiff's Trial Witness List** to be served upon counsel of record, as listed below, via email.

**Ernest H. Kohlmyer, III**
Email: SKohlmyer@Shepardfirm.com
*Counsel for Defendant*

/s/ *Alexander J. Taylor*