**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-60450-RS**

MARCELIN LIBERAL, individually, and on
behalf of all others similarly situated,

      Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, and MEMORIAL REGIONAL
HOSPITAL SOUTH AUXILIARY, INC.,

      Defendants.

_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on the parties' Joint Notice of Settlement as to Defendant

Healthcare Revenue Recovery Group, LLC [DE 27], indicating that a settlement has been reached

between Plaintiff and Defendant Healthcare Revenue Recovery Group, LLC.  Upon consideration,

it is hereby,

      **ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule

    of Civil Procedure 41 on or before **February 13, 2023**.

      **DONE AND ORDERED** in Fort Lauderdale, Florida on this 17th day of January, 2023.

                                    _____

                                    **RODNEY SMITH**
                                    **UNITED STATES DISTRICT JUDGE**

cc:  All Counsel of Record