UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-60450-RS**

MARCELIN LIBERAL, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, and MEMORIAL REGIONAL
HOSPITAL SOUTH AUXILIARY, INC.,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

This cause is before the Court upon a *sua sponte* examination of the record. On February 28, 2022, Plaintiff filed his Complaint [DE 1] against Defendants. Defendant Memorial Regional Hospital South Auxiliary, Inc. was served with the Complaint on April 1, 2022 [DE 11]. Accordingly, Defendant Memorial Regional Hospital South Auxiliary, Inc.'s Response to Plaintiff's Complaint was due on or before April 22, 2022. A review of the record indicates that Defendant Memorial Regional Hospital South Auxiliary, Inc. has not responded to the Complaint, nor has Plaintiff moved for a Clerk's Default or otherwise further pursued the matter against this Defendant. Accordingly, it is hereby,

**ORDERED** that on or before **January 27, 2023,** Plaintiff shall either move for entry of a Clerk's Default against Defendant Memorial Regional Hospital South Auxiliary, Inc., or show cause why the claims against this Defendant should not be dismissed for failure to prosecute. Failure to timely respond to this Order may result in dismissal of the claims without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of January 2023.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**