UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60450-RS

MARCELIN LIBERAL, individually, and
on behalf of all others similarly situated,

    Plaintiff(s),

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, and MEMORIAL REGIONAL
HOSPITAL SOUTH AUXILIARY, INC.,

    Defendants.
_____/

### ORDER OF PARTIAL DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 30]. Upon consideration, it is hereby,

**ORDERED** that this action is **DISMISSED without prejudice** as to Defendant MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of January, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record