UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 22-CV-60450-RS**

MARCELIN LIBERAL, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC, *et al.*,

    Defendants.
_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Dismissal Papers [DE 33], indicating that this matter has been settled in full. Upon consideration, it is hereby,

**ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **March 24, 2023**. Failure to comply with this Order may result in the final dismissal of this case.

3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 13th day of February, 2023.

                                                                        **RODNEY SMITH**
                                                                    **UNITED STATES DISTRICT JUDGE**