# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

MARCELIN LIBERAL, individually, and on behalf of all others similarly situated,

   Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC, and MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.,

   Defendant.

Case No. 0:22-cv-60450-RS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST HEALTHCARE REVENUE RECOVERY GROUP, LLC, AND DISMISSAL WITHOUT PREJUDICE AS TO ANY CLAIMS FOR PROSPECTIVE CLASS MEMBERS

Plaintiff, MARCELIN LIBERAL, and Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice as to Plaintiff's claims against Healthcare Revenue Recovery Group, LLC. The parties further stipulate to the dismissal without prejudice as to any claims for prospective class members pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: March 24, 2023

MARCELIN LIBERAL

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq., Of Counsel
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

Respectfully Submitted,

HEALTHCARE REVENUE RECOVERY GROUP, LLC

*/s/ Ernest H. Kohlmyer*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 110108
Skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Counsel for Defendant, Healthcare Revenue Recovery Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today, March 24, 2023, caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ *Alexander J. Taylor*