UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60450-RS

MARCELIN LIBERAL, individually, and on behalf of all others similarly situated,

    Plaintiff(s),

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC, and MEMORIAL REGIONAL HOSPITAL SOUTH AUXILIARY, INC.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice as to Plaintiff's Claims Against Healthcare Revenue Recovery Group, LLC, and Dismissal without Prejudice as to any Claims for Prospective Class Members [DE 35]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.
2. All pending motions are **DENIED as moot**.
3. Each party shall bear its own attorneys' fees and costs.
4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 27th day of March, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record